B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Eastern District of North Carolina | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Coharie Hog Farm, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**56-2227111** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**300 Westover Road**<br>**Clinton, NC** ZIP Code **28328** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Sampson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

---

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                                    Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Coharie Hog Farm, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br> Signature of Attorney for Debtor(s)              (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Coharie Hog Farm, Inc.** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
 Signature of Debtor

X _____
 Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Terri L. Gardner**
 Signature of Attorney for Debtor(s)

 **Terri L. Gardner 9809**
 Printed Name of Attorney for Debtor(s)

 **Nelson Mullins Riley & Scarborough LLP**
 Firm Name

 **4140 Parklake Avenue**
 **GlenLake One, 2nd Floor**
 **Raleigh, NC 27612**

_____
Address

 **Email: terri.gardner@nelsonmullins.com**
 **(919) 329-3882  Fax: (919) 329-3799**
 Telephone Number

 **November  6, 2009**
 Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Dennis D. Rippe**
 Signature of Authorized Individual

 **Dennis D. Rippe**
 Printed Name of Authorized Individual

 **Chief Restructuring Officer**
 Title of Authorized Individual

 **November  6, 2009**
 Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
 Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re **Coharie Hog Farm, Inc.** _____

                                        Debtor(s)

Case No. _____

Chapter     **11**  _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| _Name of creditor and complete mailing address including zip code_ | _Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted_ | _Nature of claim (trade debt, bank loan, government contract, etc.)_ | _Indicate if claim is contingent, unliquidated, disputed, or subject to setoff_ | _Amount of claim [if secured, also state value of security]_ |
| Adm. Animal Health & Nutrition<br>102007, 68 Annex<br>Atlanta, GA 30368 | Adm. Animal Health & Nutrition<br>102007, 68 Annex<br>Atlanta, GA 30368 | | | 113,274.27 |
| AG Provision LLC<br>c/o G. Thompson<br>277 Faison W. McGowen Road<br>Kenansville, NC 28349 | AG Provision LLC<br>c/o G. Thompson<br>277 Faison W. McGowen Road<br>Kenansville, NC 28349 | | | 148,566.75 |
| Ajinomoto Heartland LLC<br>Dept. CH 10975<br>Palatine, IL 60055 | Ajinomoto Heartland LLC<br>Dept. CH 10975<br>Palatine, IL 60055 | | | 106,061.54 |
| Bunge North America (East)<br>c/o Connie Brown<br>Post Office Box 789300<br>Saint Louis, MO 63179 | Bunge North America (East)<br>c/o Connie Brown<br>Post Office Box 789300<br>Saint Louis, MO 63179 | | | 348,792.23 |
| Cargill Incorporated<br>c/o Adam Thompson<br>PO Box 198323<br>Atlanta, GA 30384 | Cargill Incorporated<br>c/o Adam Thompson<br>PO Box 198323<br>Atlanta, GA 30384 | | | 172,736.66 |
| Daniel Hall<br>3694 Beulah Road<br>Clinton, NC 28328 | Daniel Hall<br>3694 Beulah Road<br>Clinton, NC 28328 | | | 125,235.09 |
| Derrick Russ<br>14154 Twisted Hickory Road<br>Bladenboro, NC 28320 | Derrick Russ<br>14154 Twisted Hickory Road<br>Bladenboro, NC 28320 | | | 117,344.51 |
| Doug Hill<br>3593 Willie Measley Road<br>La Grange, NC 28551 | Doug Hill<br>3593 Willie Measley Road<br>La Grange, NC 28551 | | | 145,459.82 |
| Evans & Sons Inc.<br>PO Box 835<br>Fremont, NC 27830 | Evans & Sons Inc.<br>PO Box 835<br>Fremont, NC 27830 | | | 105,446.77 |
| Griffin Industries Inc.<br>PO Box 530401<br>Atlanta, GA 30353 | Griffin Industries Inc.<br>PO Box 530401<br>Atlanta, GA 30353 | | | 152,310.40 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Coharie Hog Farm, Inc.**                                                                Case No.   _____

_____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Ivey Farms**<br>**370 Ivey Road**<br>**Mount Olive, NC 28365** | **Ivey Farms**<br>**370 Ivey Road**<br>**Mount Olive, NC 28365** | | | **164,781.49** |
| **M. N. Herndon & Sons Farms Inc.**<br>**7036 Fire Dept. Road**<br>**Hope Mills, NC 28348** | **M. N. Herndon & Sons Farms Inc.**<br>**7036 Fire Dept. Road**<br>**Hope Mills, NC 28348** | | | **113,526.41** |
| **Newsham Choice Genetics**<br>**c/o James Flood**<br>**5058 Grand Ridge Drive, Suite 200**<br>**West Des Moines, IA 50265** | **Newsham Choice Genetics**<br>**c/o James Flood**<br>**5058 Grand Ridge Drive, Suite 200**<br>**West Des Moines, IA 50265** | | | **307,344.68** |
| **Oran Young**<br>**380 Grimsley Farm Road**<br>**Bladenboro, NC 28320** | **Oran Young**<br>**380 Grimsley Farm Road**<br>**Bladenboro, NC 28320** | | | **172,400.65** |
| **Ray Sutton**<br>**444 Trade Road West**<br>**Mount Olive, NC 28365** | **Ray Sutton**<br>**444 Trade Road West**<br>**Mount Olive, NC 28365** | | | **93,454.66** |
| **Sampson County Tax Collector**<br>**c/o G. Spell**<br>**P.O. Box 207**<br>**Clinton, NC 28329-0207** | **Sampson County Tax Collector**<br>**c/o G. Spell**<br>**P.O. Box 207**<br>**Clinton, NC 28329-0207** | | | **180,820.51** |
| **Stephen Grady, Jr.**<br>**1434 Beautancus Road**<br>**Mount Olive, NC 28365** | **Stephen Grady, Jr.**<br>**1434 Beautancus Road**<br>**Mount Olive, NC 28365** | | | **133,535.30** |
| **Steve Grady**<br>**1434 Beautancus Road**<br>**Mount Olive, NC 28365** | **Steve Grady**<br>**1434 Beautancus Road**<br>**Mount Olive, NC 28365** | | | **125,192.38** |
| **Swinging Tail Cattle Co**<br>**9327 Old Lumberton Road**<br>**Evergreen, NC 28438** | **Swinging Tail Cattle Co**<br>**9327 Old Lumberton Road**<br>**Evergreen, NC 28438** | | | **163,193.93** |
| **William Stephens**<br>**PO Box 100**<br>**Orrum, NC 28369** | **William Stephens**<br>**PO Box 100**<br>**Orrum, NC 28369** | | | **130,704.68** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Coharie Hog Farm, Inc.**                                                                Case No.   _____
                                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November  6, 2009**_____          Signature     **/s/ Dennis D. Rippe**_____
                                                                                   **Dennis D. Rippe**
                                                                                   **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

## United States Bankruptcy Court
### Eastern District of North Carolina

In re    **Coharie Hog Farm, Inc.**                  Case No.                   

                                  Debtor(s)        Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November  6, 2009**              **/s/ Dennis D. Rippe**

                                         **Dennis D. Rippe**/**Chief Restructuring Officer**
                                         Signer/Title

018 Waste Industries
PO Box 580027
Charlotte, NC 28258

AG Provision LLC
c/o G. Thompson
277 Faison W. McGowen Road
Kenansville, NC 28349

Allen Wood
2360 William King Road
Newton Grove, NC 28366

A. Monroe Mathis & Kathy
50 Union School Road
Clinton, NC 28328

AGCarolina Financial
for B&J Finisher
755 Powhatan Road
Clayton, NC 27527

Andrew Johnson
5416 US 13 S
Mount Olive, NC 28365

A. W. Wood
2360 William R King Road
Newton Grove, NC 28366

Agri Stats Inc.
PO Box 11264
Fort Wayne, IN 46856

Andrew Naylor
1981 Rabbit Street
Clinton, NC 28328

Adam Matthews
490 Willis Road
Cove City, NC 28523

Airgas National Welders
PO Box 601985
Charlotte, NC 28260

Andy Pope Farms Inc.
10555 N US Hwy 421
Clinton, NC 28328

ADJ Farms
1366 Bass Lake Road
Roseboro, NC 28382

Ajinomoto Heartland LLC
Dept. CH 10975
Palatine, IL 60055

Anne Faircloth
Coharie Hog Farm, Inc.
300 Westover Road
Clinton, NC 28328

ADJ Nursery
1366 Bass Lake Road
Roseboro, NC 28382

Aldridge's Pest Control
PO Box 26
La Grange, NC 28551

Archie McLean
4365 Singletary Church Road
Lumberton, NC 28358

ADJN Nursery
1366 Bass Lake Road
Roseboro, NC 28382

Alexander Cain
6108 NC 242 Hwy S
Bladenboro, NC 28320

Arie Bradshaw
1508 NN Ellis Road
Faison, NC 28341

Adm. Animal Health & Nutrition
102007, 68 Annex
Atlanta, GA 30368

Allen Brothers Farm
6593 Center Road
Bladenboro, NC 28320

Arsenault Associates
6 Terri Lane
Suite 700
Burlington, NJ 08016

Advantage Auto Store
PO Box 14328
Rochester, NY 14614

Allen Keith Tew
Theldon Ray Tew
1500 White Oak Road
Clinton, NC 28328

Arthur Lee Naylor
2449 Rabbit Street
Clinton, NC 28328

Ashland Inc.
PO Box 116735
Atlanta, GA 30368

B.J. Moore
2360 William R. King Road
Newton Grove, NC 28366

Billy Lockamy
Post Office Box 1992
Clinton, NC 28329

Ashley Rains
601 Sunshine Road
Kenly, NC 27542

Barefoot, Carlton B
c/o Karen Sinclair
4601 Keener Road
Clinton, NC 28328

Black Chestnutt & Johnson
PO Box 588
Clinton, NC 28329

Assurant Employee Benefits
Post Office Box 809003
Kansas City, MO 64180

Barnes Motor Parts
PO Box 1207
Wilson, NC 27893

Bladen County Revenue Administra
PO Box 385
Elizabethtown, NC 28337

AT&T - Atlanta
PO Box 105262
Atlanta, GA 30348

BB&T
PO Box 8
Fremont, NC 27830

Bob Smith
PO Box 66
Seven Springs, NC 28578

Atlantic Power Solutions
2287 Bonlee Bennett Road
Siler City, NC 27344

Benjamin C. Ivey, Jr.
Branch Banking & Trust Company
115 N. 3rd Street
Wilmington, NC 28401

Bobby Hope
1360 Ozzie Road
Clinton, NC 28328

Attic Mini Storage (The)
Post Office Box 397
Clinton, NC 28329

Beta Raven
36852 Treasury Center
Chicago, IL 60694

Bobby Macon
23338 NC 87 East
Riegelwood, NC 28456

Audrey Tyson
734 Dawson Station Road
Kinston, NC 28504

Big Blue Store
PO Box 1219
Clinton, NC 28329

Boyce Lennon
PO Box 461
Bladenboro, NC 28320

Aurora Industrial Supplies
PO Box 278
Aurora, NC 27806

Bill Nobles
1890 S NC 111
Chinquapin, NC 28521

Boykin Heavy Duty Parts
1500 Ralston Street
Wilson, NC 27893

Avice H. Jackson
118 Sleepy Creek Drive
Dudley, NC 28333

Bill Pope

Brad Leggett
74 Antioch Lane
Lumberton, NC 28358

Brantham Farms
569 Rosewood Road
Goldsboro, NC 27530

C. M. Smith Farms
3176 Tram Road
Deep Run, NC 28525

Carquest of Clinton
1524 Hobbton Hwy
Clinton, NC 28328

Brent Wiggins
5918 Wiggins Road
La Grange, NC 28551

Calvin Malpass
2308 Livingston Chapel Road
Delco, NC 28436

Carquest of Mun-Dunkirk Indiana
#9189
106 N Franklin
Dunkirk, IN 47336

Brian & Jason Worley
5837 US Hwy 70 East
Princeton, NC 27569

Cannady Bros Well Driller
1366 Bass Lake Road
Roseboro, NC 28382

Carroll Grady
2395 O'Berry Road
Mount Olive, NC 28365

Brown Marsh Farms LLC
c/o Woody Marlowe
PO Box 36
Clarkton, NC 28433

Cape Fear Consulting, LLC
508 Silver Lake Drive
Warsaw, NC 28398

Cashwell Appliance Parts
PO Box 2549
Fayetteville, NC 28302

Bruce & Jody Leas
Leas Farms
9492 S 900 W 90
Montpelier, IN 47359

Cape Fear Farm Credit ACA
PO Box 368
Dunn, NC 28334

Cashwell Farms
328 Cashwell Hill Road
Mount Olive, NC 28365

Bryan McLamb
2231 Holerin Road
Dunn, NC 28334

Cargill Incorporated
c/o Adam Thompson
PO Box 198323
Atlanta, GA 30384

Centurylink
PO Box 96064
Charlotte, NC 28296

Bunge North America (East)
c/o Connie Brown
Post Office Box 789300
Saint Louis, MO 63179

Carlton Barefoot
6360 Roanoke Road
Newton Grove, NC 28366

Chad Roush
Roush Family Farms
11270 S 1000 W 90
Marion, IN 46952

C & C Farms
4201 Hayes Mill Road
Godwin, NC 28344

Carlton Insurance Agency
Post Office Box 625
Warsaw, NC 28398

Charles Edwards
507 Cedar Fork Church Road
Beulaville, NC 28518

C&C Farms & Cape Fear Farm Credit
4201 Hayes Mill Road
Godwin, NC 28344

Carolina Armature Works
806 Ramsey Street
PO Box 13
Fayetteville, NC 28302

Charles F. Wade
2596 Banks School Road
Kinston, NC 28504

Charles McClenny
1246 Old Harvey Sutton Road
Mount Olive, NC 28365

City of Clinton
Finance Department
PO Box 199
Clinton, NC 28329

Coeco Office Systems of Rocky M
PO Box 4409
Greenville, NC 27836

Charles Weaver
904 S Bentonville Road
Four Oaks, NC 27524

Claude Hooks
Rt 3 Box 344
Chadbourn, NC 28431

Columbus County FSA Office
PO Box 459
Whiteville, NC 28472

Charlotte Scale Company
1510 Ameron Drive
Charlotte, NC 28206

Clint Boney
1924 Bass Lake Road
Roseboro, NC 28382

Cooper Kenworth Inc.
PO Box 1396
Durham, NC 27702

Chesapeake Custom Chemical
126 Reservoir Road
PO Box 615
Ridgeway, VA 24148

Clinton Truck & Tractor
107 N. East Boulevard
Clinton, NC 28328

Cowan Farms
170 Aurora Road
Ernul, NC 28527

Chris Heath
231 Dr. Williams Road
Kenansville, NC 28349

Clinton Water & Sewer Dept
PO Box 199
Clinton, NC 28329

Craig Rogers
4266 Haynes Lennon Road
Evergreen, NC

Chris McLean
919 McLean Road
Lumberton, NC 28358

Coastal Agrobusiness Inc.
3702 Evans Street
Greenville, NC 27834

Craig Thornton
54 South McCullen Road
Clinton, NC 28328

Christopher Heath Finisher
231 Dr. Williams Road
Kenansville, NC 28349

Coastal Bearings & Conveyors
3240-B Hwy 421 North
Wilmington, NC 28401

Craig, Michael S
1043 McArthur Pond Road
Mount Olive, NC 28365

Cintas Corporation
512 W. Russell Street
Fayetteville, NC 28301

Coastal Hose & Rubber Inc.
PO Box 30233
Charlotte, NC 28230

Dads, Inc.
3846 N. Salemburg Highway
Salemburg, NC 28385

Cintas Corporation #716 (Indiana)
Post Office Box 630803
Cincinnati, OH 45263

COECO Office Systems
P O BOX 4409
Greenville, NC 27836

Dale Henderson (Dr.)
1452 S 1000 W
Farmland, IN 47340

Dan Dirksen
Dirksen Farms
6432 W to S
Portland, IN 47371

Donald & Fieta Byrd
755 Powhatan Road
Clayton, NC 27520

DTN Corporation
PO Box 3546
Omaha, NE 68103

Daniel Hall
3694 Beulah Road
Clinton, NC 28328

Donald Graham

Duesway Inc.
7636 State Route 49
Celina, OH 45822

Davis Farm Inc.
482 Albert Grady Road
Mount Olive, NC 28365

Donald Ray Simmons
4641 Bass Lake Road
Clinton, NC 28328

Duplin County Tax Collector
PO Box 968
Kenansville, NC 28349

Dennis Rippe, CRO
Coharie Hog Farm, Inc.
300 Westover Road
Clinton, NC 28328

Donald Ward
622 Batten Sasser Road
Whiteville, NC 28472

E. Carroll Jackson
118 Sleepy Creek Drive
Dudley, NC 28333

Derrick Russ
14154 Twisted Hickory Road
Bladenboro, NC 28320

Donald Ward, Jr.
522 Batten Sasser Road
Whiteville, NC 28472

Eastern Minerals, Inc.
PO Box 1310
Bainbridge, GA 39818

Dewain Sinclair
4601 Keener Road
Clinton, NC 28328

Donnie V. Hill
1092 Corbett Hill Road
Mount Olive, NC 28365

Ellie Macon
23417 Hwy 87 E
Riegel Wood, NC

DeWayne Hope
826 Chancey Road
Clinton, NC 28328

Doug Hill
3593 Willie Measley Road
La Grange, NC 28551

Embarq
PO Box 96064
Charlotte, NC 28296

Diversified Ingredients
870 Woods Mill Road
St. Louis, MO 63011

Douglas & Marian Cowan
170 Aurora Road
Ernul, NC 28527

Employers Direct Heath
5050 Spring Valley Road
Dallas, TX 75244

Don Killingworth
14500 Bensen
Overland Park, KS 66221

Douglas Klefeker
Klefeker Farms
0814 East 900 South
Keystone, IN 46759

Eric & Jani Siegrist
Siegrist Farms
0845 SRI
Dunkirk, IN 47336

Erin Hamilton & Duane Markum
Erin Hamlton, LLC
11948 W 200 S
Dunkirk, IN 47336

Erin Hamilton LLC
c/o First National Bank
PO Box 1089
Portland, IN 47371

Ervin Massengil
8 Bizzell/Brasewell Road
Princeton, NC 27549

Evans & Sons Inc.
PO Box 835
Fremont, NC 27830

F&W
1557 Andrews Chapel Road
Roseboro, NC 28382

Farm Plan (QF)/(SSC)
ACC# 1238007829
PO Box 4450
Carol Stream, IL 60197

Farm Service Agency - FLP
1115 East 4th Street
Marion, IN 46952

First Citizens
for Joel Parker Finishing
7520 Five Bridge Road
Clinton, NC 28328

First Citizens
for Mike Herring Finishing
231 Dr. Williams Road
Kenansville, NC 28349

First Citizens
form Carlton Barefoot Sow Farm
4601 Keener Road
Clinton, NC 28328

First Citizens
for Ron Darden Nursery
811 Timberlake Drive
Clinton, NC 28328

First Citizens Bank
Attn: Christine R Young
200 Fayetteville NC
Clinton, NC 28328

Fleet Services
Post Office Box 6293
Carol Stream, IL 60197

Fleetpride
PO Box 281811
Atlanta, GA 30384

Fletcher Holland
1052 Red Hill Ch Road
Clinton, NC 28328

Four County Electric Membership
1822 NC Highway 53 West
Burgaw, NC 28425

Frank Baumgartner
4115 Massey-Holt Road
Princeton, NC 27569

Franklin Pridgen
2396 Hull Road
Snow Hill, NC 28580

Freddie Butler
2162 Boykin Bridge Road
Clinton, NC 28328

Frederick Thornton
993 East Darden Road
Faison, NC 28341

Friendly Mart Inc.
PO Box 1019
Mount Olive, NC 28365

Frost PLLC
425 West Capital Avenue
Little Rock, AR 72201

G & M Sales of Eastern NC
PO Box 1716
Goldsboro, NC 27533

Gary Davis
3680 Highway 55 W
Kinston, NC 28504

George Horton
2484 E State Road 18
Montpelier, IN 47359

Gerald Warren
Post Office Box 223
Newton Grove, NC 28366

Glenn Joyner
4654 Mt Olive Hwy
Newton Grove, NC 28366

Go Cheverolet: Buick
1615 Sunset Avenue
PO Box 230
Clinton, NC 28329

Griffin Industries Inc.
PO Box 530401
Atlanta, GA 30353

Hester Farms
184 Maurice Hester Road
Bladenboro, NC 28320

Goodson/Wells Farms Inc.
c/o Michael Goodson
PO Box 7266
Trenton, NJ 08628

H-C Ingredient Distributors LLC
13325 South Ridge Drive
Charlotte, NC 28273

Hi-Tech Enterprises, Inc.
Post Office Box 466
Clinton, NC 28329

Grady & Son Swine Farm Inc.
2395 O Berry Road
Mount Olive, NC 28365

Harold Pait
1068 Guyton Road
Bladenboro, NC 28320

Hilltop Garage
2180 Southeast Boulevard
Clinton, NC 28328

Grady Farms
PO Box 428
Faison, NC 28341

Harrell Trucking, Inc.
673 South NC 11 Highway
Magnolia, NC 28453

Hireright Solutions Inc.
23883 Network Place
Chicago, IL 60673

Grant County Farm Service
c/o Farm Loan Program
1115 E 4th Street
Marion, IN 46952

Harrelson Farms
2948 Hwy 701 S
Clarkton, NC 28433

Hobbs Farms
521 Calvin Hobbs Road
Faison, NC 28341

Greene County Tax Collector
PO Box 482
Snow Hill, NC 28580

Harris-Crane Inc.
13325 South Ridge Drive
Charlotte, NC 28273

Hog Slat Inc.
PO Box 60558
Charlotte, NC 28260

Greens Fork Alignment & Service
2441 Centerville Road North
Centerville, IN 47330

Harry Ambrose
135 Hunting cove
Williamsburg, VA 23185

Hope, James Michael
826 Chancey Road
Clinton, NC 28328

Greg Herring Farms, Inc.
3021 LD Hardy Road
La Grange, NC 28551

Harvey Livestock LLC
7160 S 500 E
Keystone, IN 46759

Howard Bros. Farms LLC
391 J.C. Howard Lane
Autryville, NC 28318

Greg Pittman
Pittman Welding
1070 Gregory Fork Road
Richlands, NC 28574

Hasler Financial Services
Post Office Box 45850
San Francisco, CA 94145

Howard Brothers Farms, LLC
391 J C Howard Lane
Autryville, NC 28318

Howard Brothers Nursery
391 J.C. Howard Lane
Autryville, NC 28318

J A Distributors Inc.
PO Box 689
Princeton, NC 27569

James Joyner
324 White Oak Bridge Road
Mount Olive, NC 28365

Indiana Department of Revenue
PO Box 7221
Indianapolis, IN 46207

J K Swine
1371 S 500 W
Liberty Center, IN 46766

Jarman Sullivan
4366 Giddenville Road
Faison, NC 28341

International Ingredient
4035 Solutions Center
#774035
Chicago, IL 60677

J. D. Massey
6998 Devils Racetrack Road
Four Oaks, NC 27524

Jason Leas
Jason Leas Farm
9492 S 900 W-90
Montpelier, IN 47359

Interstar Communications
Post Office Box 1088
Clinton, NC 28328

J. P. Hill
2625 Institute Road
La Grange, NC 28551

Jason Tyndall Farm
333 Cedar Lake Lane
Clinton, NC 28328

Interstate Battery - Coastal Pla
PO Box 1547
Angier, NC 27501

J.B.S. Farms
5918 Little Wiggins Road
La Grange, NC 28551

Jay Sullivan
4615 Giddensville Road
Faison, NC 28341

Ivesco LLC
2886 Paysphere Circle
Chicago, IL 60674

Jackson Electrical Supply
211 Southeast Boulevard
Clinton, NC 28328

Jeff & Jill Knisely
Knisely Farms
5724 W 200 S
Portland, IN 47371

Ivey Farms
370 Ivey Road
Mount Olive, NC 28365

James C. Rhodes
2009 Devil Race Track Road
Four Oaks, NC 27524

Jeffery Graham
864 Indian Springs Road
Mount Olive, NC 28365

J & J Wholesale Dist.
416 Vance Street
Clinton, NC 28328

James Elton Wilson
James Hurbie Faircloth
1557 Andrews Chapel Road
Roseboro, NC 28382

Jeffrey L. Bradshaw
David R. Bradshaw
2120 Feed Mill Road
Roseboro, NC 28382

J & M Hog Farm, Inc.
6341 Strickland Crossroads Road
Four Oaks, NC 27524

James H. Thornton
1710 Panhandle Road
Faison, NC 28341

Jeremy Grady
2441 O'Berry Road
Mount Olive, NC 28365

Jeremy Williams
335 Hwy 403 East
Mount Olive, NC 28365

Jerome R. Eatman
Lynch & Eatman, LLP
Post Office Box 30515
Raleigh, NC 27622

Jerry Austin
936 Johnston Road
Newton Grove, NC 28366

Jerry Simpson
646 Quinn Store Road
Beulaville, NC 28518

Jimmie Dee Herring
4061 Willie Measley Road
La Grange, NC 28551

Joann Williams
2340 Roanoke Road
Clinton, NC 28328

Joe Kober
J. K. Swine
1371 South 500 West
Liberty Center, IN 46766

Joel Leas
Leas Farm
9492 S 900 W 90
Montpelier, IN 47359

Joel Parker
Running Branch Farms
88 Laudie Honeycutt Road
Clinton, NC 28328

John Berry

John Deere Agri Services
24416 Network Place
Chicago, IL 60673

John Dunn
194 Westbrook Church Road
Mount Olive, NC 28365

John Fields
576 Field Road
Tar Heel, NC 28392

John Royal
4025 Mt. Moriah Church Road
Clinton, NC 28328

Johnnie Sheppard Equip.
PO Box 122
Pink Hill, NC 28572

Johnny Hope Farms
798 Ozzie Road
Clinton, NC 28328

Johnny Pierce
524 Capps Bridge Road
Princeton, NC 27569

Johnson Breeders, Inc.
Post Office Box 298
Rose Hill, NC 28458

Johnson Oil Co.
PO Box 336
Gaston, IN 47342

Johnston County Tax Collector
PO Box 63037
Charlotte, NC 28263

Jones-Onslow EMC
259 Western Boulevard
Jacksonville, NC 28546

Kenny Carroll
4201 Hayes Mill Road
Godwin, NC 28344

Kent Homan
Ken Homan LLC
7195 West 200 South
Portland, IN 47371

Kent Homan LLC
7195 W 200 S
Portland, IN 47371

Kings Fire & Safety Equipment
1423 Porter Road
Roseboro, NC 28382

Kirby Best
958 Selah Church Road
Goldsboro, NC 27530

Klefeker Swine Finish Uni
814 East 900 South
Keystone, IN 46759

Kober Swine LLC
1371 S 500 W
Liberty Center, IN 46766

Leas Jason
c/o Marklebank/Penny Kins
PO Box 595
Markle, IN 46770

Lowes
PO Box 530954
Atlanta, GA 30353

Kraig & Ralph Homan
Homan Farms
7195 W 200 S
Portland, IN 47371

Leas Joel
c/o Marklebank/Penny Kins
PO Box 595
Markle, IN 46770

Luther Wise
Mount Olive, NC 28365

Kraig Homan LLC
c/o First National Bank
PO Box 1089
Portland, IN 47371

Leas Phil
c/o Marklebank/Penny Kins
PO Box 595
Markle, IN 46770

Lynch Farms
313 Lynch Road
La Grange, NC 28551

L & E Services LLC
PO Box 516
Castle Hayne, NC 28429

Ledwell & Son Enterprises
PO Box 1106
Texarkana, TX 75504

Lynn Smith
2430 North NC 111 Highway
Pink Hill, NC 28572

L. L. Murphrey Company
398 Vandiford Road
Farmville, NC 27828

Legacy Farms Inc.
604 Benton Pond Road
Fremont, NC 27830

M & A Farm
4130 Taylors Bridge Road
28328
Clinton, NC 28328

L.B. Byrd
1731 Benson Street
Dunn, NC 28335

Lennon & Sons Family Farms LLC
2113 Burney Road
Bladenboro, NC 28320

M & W Trailers Inc.
PO Box 519
525 E Main Street
Ottoville, OH 45876

Lansing Trade Group, LLC
15314 Collections Center
Chicago, IL 60693

Lenoir County Tax Department
101 North Queen Street
PO Drawer 3289
Kinston, NC 28502

M. N. Herndon & Sons Farms Inc
7036 Fire Dept. Road
Hope Mills, NC 28348

Larry's Pressure Washing
129 Brock Lane
Warsaw, NC 28398

Leonard Howard
Stephen Howard
1173 Howard Road
Autryville, NC 28318

Mack King
831 King Road
Saint Pauls, NC 28384

Leas Bruce
c/o Marklebank/Penny Kins
PO Box 595
Markle, IN 46770

Lew Gary Darden
25 East Darden Road
Faison, NC 28341

Macon & Macon
23417 NC 87 East
Riegelwood, NC 28456

Maintenance Connect Inc.
PO Box 1033
Portland, ME 04104

McCall King
770 King Road
Saint Pauls, NC 28384

Mike Hope
826 Chancey Road
Clinton, NC 28328

Major Ivey
149 Ivey Road
Mount Olive, NC 28365

McLamb Brothers
346 Pine Forest School Road
Roseboro, NC 28382

Mike Hope Sow Farm
826 Chancey Road
Clinton, NC 28328

Maple Creek Pork LLC
c/o Mike & Shari Fiechter
6630 East 700 North
Ossian, IN 46777

MHM Resources LLC
PO Box 870725
Kansas City, MO 64187

Miller Control & Manufacture
PO Box 1065
Clinton, NC 28329

Mar-Cel Co. Inc.
PO Box 92
Clinton, NC 28329

Michael Hester
Route 3
Bladenboro, NC 28320

N & C Haupert Farm Inc.
4712 N 700 W
Wabash, IN 46992

Margaret Westbrook
KLGates
4350 Lasster @NHills, Suite 300
Raleigh, NC 27609

Michael Hunter
242 Jackson Store Road
Beulaville, NC 28518

N & C Haupert Farm, Inc.
4712 N 700 W
Wabash, IN 46992

Marjorie Lynch
Bankruptcy Administrator
1801 Parkwood Boulevard
Wilson, NC 27895

Michael Hunter #2
1676 South Highway 111
Chinquapin, NC 28521

Nelson Porter
P&J Farm
216 Bizzell Street
Newton Grove, NC 28366

Matt Sanderson
670 Westbrook Dairy Road
Four Oaks, NC 27524

Michael R. Jackson
Cape Fear Farm Credit
Post Office Box 2405
Fayetteville, NC 28302

Neogen Corporation
1603 Paysphere Circle
Chicago, IL 60674

Max McCullen
2360 William R King Road
Newton Grove, NC 28366

Mike & Shari Flechter
Maple Creek Pork, LLC
66eo East 700 North
Ossian, IN 46777

Newport Laboratories
1520 Prairie Drive
PO Box 938
Worthington, MN 56187

Maxwell Milling
938 Millers Chapel Road
P.O. Box 10009
Goldsboro, NC 27532

Mike Herring
7520 Five Bridge Road
Clinton, NC 28328

Newsham Choice Genetics
c/o James Flood
5058 Grand Ridge Drive, #200
West Des Moines, IA 50265

Nitta Gelatin USA Inc.
4341 Production Drive
Fayetteville, NC 28306

Oscar's Exterminating
3116 Boykin Bridge Rd
Clinton, NC 28328

Phillip Leas
Leas Farms
2600 West 900 South
Poneto, IN 46781

North Lenoir Water Corp
904 N Queen Street
Kinston, NC 28501

Palm Tree Auto Glass & Re
201 Ferrell Street
Clinton, NC 28328

Phillip Stolz
Stolz Farm
2164 N. 1150 W
Dunkirk, IN 47336

Northern Safety Co Inc.
PO Box 4250
Utica, NY 13504

Parker Gas Co Inc.
Attn: Gwen
1504 Sunset Avenue
Clinton, NC 28328

Piedmont Communications Co Inc.
PO Box 15117
Durham, NC 27704

Novus International
3526 Paysphere Circle
Chicago, IL 60674

Parker Gas Co. - Newton Grove
214 McLamb Road
PO Box 159
Newton Grove, NC 28366

Piedmont Natural Gas
PO Box 70904
Charlotte, NC 28272

OCS
Post Office Box 9
Deep Run, NC 28525

Parker Gas Co. - Smithfield
1308 S. Brightleaf Boulevard
Smithfield, NC 27577

Piggly Wiggly #09
332 Northeast Boulevard
Clinton, NC 28328

Omega Protein Inc.
2105 City West Boulevard
Suite 500
Houston, TX 77042

Patrick Kober
Kober Swine LLC
1371 South 500 West
Liberty Center, IN 46766

PigKnows, LLC
1024 8th Street
Greeley, CO 80631

Onslow County Tax Collector
PO Box 580428
Charlotte, NC 28258

Paulette Wade
5246 Eason Road
La Grange, NC 28551

Power Components Corporation
1936 West Main Street
Fort Wayne, IN 46808

Oran Young
380 Grimsley Farm Road
Bladenboro, NC 28320

PCS Sales Inc.
PO Box 71029
Chicago, IL 60694

Power Train
PO Box 42729
Indianapolis, IN 46242

Orangeburg Foods Inc.
PO Box 286
Orangeburg, SC 29116

Phil Harper
159 North Croom Bland
Kinston, NC 28504

Prible Steve
c/o Markle Bank
PO Box 595
Markle, IN 46770

Princeton Brewington
400 Brewington Road
Clinton, NC 28328

Rainman Irrigation Inc.
PO Box 1137
Mount Olive, NC 28365

Robert Naylor Farms Inc.
2988 Church Road
Clinton, NC 28328

Progress Energy Carolinas
Raleigh, NC 27698

Randy Thigpen
Post Office Box 748
Beulaville, NC 28518

Robert Oates
4649 Giddensville Road
Faison, NC 28341

QC Supply
PO Box 581
North Hwy 15
Schuyler, NE 68661

Ray Brock
430 Bennett Road
Goldsboro, NC 27530

Robert Pryor
McGuireWoods
201 N. Tryon, Suite 3000
Charlotte, NC 28202

Qualified Retirement Plan
Post Office Box 99163
Raleigh, NC 27624

Ray Sutton
444 Trade Road West
Mount Olive, NC 28365

Robert Thornton

Quill Corporation
PO Box 37600
Philadelphia, PA 19101

Reliable Corporation
PO Box 105529
Atlanta, GA 30348

Roberts Farms
457 Dana Road
Lumberton, NC 28358

Quinn S Supermarker & Trustworthy
Hardware
1311 N NC Hwy 41
Pink Hill, NC 28572

Rex Halso
Post Office Box 398
Richlands, NC 28574

Robinson & Son Machine
446 Faison Hwy
Clinton, NC 28328

R & W McCoy Farms
490 Willis Road
Cove City, NC 28523

Richard A. Eason
Cape Fear Farm Credit
Post Office Box 2405
Fayetteville, NC 28302

Roger Davis
PO Box 56
Calypso, NC 28325

R.B. Moore
898 William Britt Road
Benson, NC 27504

Richard Lanier
860 Fountain Town Road
Beulaville, NC 28518

Rollins Animal Diagnostic Lab
NCDA & Consumer Services
1031 Mail Service Center
Raleigh, NC 27699

R.H. Powell
5434 Taylors Bridge Road
Clinton, NC 28328

Robert Naylor
289 Straw Pond School Road
Newton Grove, NC 28366

Ron Davis
Davis Nursery
811 Timberlake Drive
Clinton, NC 28328

Ronald Batson
5585 Livingston Chapel Road
Delco, NC 28436

S & W Swine Farms, LLC
2080 Wilsons Mills Road
Smithfield, NC 27577

Scott & Jones Inc.
PO Box 307
Calypso, NC 28325

Ronald Waters
165 Perkins Mill Road
Goldsboro, NC 27530

Safety-Kleen Corp.
PO Box 382066
Pittsburgh, PA 15250

Scott Carrol
50 Savannah Hill Road
Dunn, NC 28335

Ronnie McCullen
3241 Hwy
Clinton, NC 28328

Sam Hope Farms
350 Malpass Farm Lane
Clinton, NC 28328

Scott Worley
1775 Wadard Road
Princeton, NC 27569

Rose Brothers Farms
877 Garners Chapel Road
Mount Olive, NC 28365

Sampson Building Supply, Inc.
407 Vance Street
PO Box 526
Clinton, NC 28328

Shane Barnhill
PO Box 231
Evergreen, NC 28438

Rose Farms
827 Selah Church Road
Goldsboro, NC 27530

Sampson County Tax Collector
c/o G. Spell
P.O. Box 207
Clinton, NC 28329-0207

Shane Craig
1043 McArthur Pond Road
Mount Olive, NC 28365

Roush Family Farms
c/o Marklebank/Penny Kins
PO Box 595
Markle, IN 46770

Sampson Farmers Hardware
1325 Lisbon Street
Clinton, NC 28328

SHW Sow Farm, LLC
2080 Wilsons Mills Road
Smithfield, NC 27577

Rumpke Consolidated Companies
PO Box 538708
Cincinnati, OH 45253

Sampson-Bladen Oil Co
PO Box 469
Clinton, NC 28329

Side Line Farms LLC
3623 N Main Street
Farmville, NC 27828

Russell Lee Parker
7443 N US 421 Highway
Clinton, NC 28328

Sandy Ridge Pork
c/o Battlefield Sow Farm
2080 Wilson Mills Road
Smithfield, NC 27577

Side Line Farms, LLC
3623 N Main Street
Farmville, NC 27828

Rye Swamp Farms
PO Box 354
Salemburg, NC 28385

Savannah Hill Farms LLC
50 Savannah Hill Road
Dunn, NC 28334

Siegrist, Eric J & Jani
c/o First Financial Bank
225 N Main Street
Celina, OH 45822

Southern Elevator Company
Post Office Box 36006
Greensboro, NC 27416

Stolz Farm
Philip Stolz
396 N 1150 West
Dunkirk, IN 47336

Terry Long Electrical Service
PO Box 535
Garland, NC 28441

Stanley Carroll
Post Office Box 579
Dunn, NC 28335

Stone Truck Parts
1329 Management Way
Garner, NC 27529

Thomas & Horne Oil Company
PO Box 326
Beulaville, NC 28518

Star Wireless
PO Box 409
Clinton, NC 28329

Stoney Creek Vet Services
1452 S 1000 W
Farmland, IN 47340

Thornton Brothers/Grantham
845 Grantham School Road
Mount Olive, NC 28365

Stephen Grady, Jr.
1434 Beautancus Road
Mount Olive, NC 28365

Suttontown Repair Service
4595 Suttontown Road
Faison, NC 28341

Tires Inc.
317 S East Boulevard
Clinton, NC 28328

Steve Grady
1434 Beautancus Road
Mount Olive, NC 28365

Swinging Tail Cattle Co
9327 Old Lumberton Road
Evergreen, NC 28438

TJN Nursery
1860 Christmas Tree Road
Dunn, NC 28334

Steve Harvey
Harvey Livestock, LLC
7160 S. 500 E.
Keystone, IN 46759

Taylor-Made Solutions, Inc.
649 O'Berry Road
Dudley, NC 28333

Todd and Deborah Ballance
604 Benton Pond Road
Fremont, NC 27830

Steve Johnson
5417 US 13 S
Mount Olive, NC 28365

Teresa Graham
101 Graham Road
Riegelwood, NC 28456

Tom Barwick
3406 Frank Barwick Road
La Grange, NC 28551

Steve Pribble Farms
4063 S. 200 E.
Bluffton, IN 46714

Terry & Sherri Finnerty
Finnerty Farms
10347 W SR 28
Dunkirk, IN 47336

Tom Massey
3471 Goldsboro Hwy
Newton Grove, NC 28366

Stewart Young
675 Grimsley Farm Road
Bladenboro, NC 28320

Terry Finnerty
10347 W SR 26
Dunkirk, IN 47336

Tom Thigpen
Post Office Box 726
Beulaville, NC 28518

Tommy Beamon
8127 Calloway Road
Walstonburg, NC 27888

W. L. Barefoot
842 Godwin Lake Road
Benson, NC 27504

Waste Management
Post Office Box 105430
Atlanta, GA 30348

Tony Jackson
700 Suttontown Road
Newton Grove, NC 28366

W. Nelson Waters
107 Deer Run Trail
Clinton, NC 28328

Wayne Co FSA
for Grady Sow Farm
2395 O Berry Road
Mount Olive, NC 28365

Town of Bladenboro
PO Box 455
Bladenboro, NC 28320

W.C. Smith
438 Holloman Lane
Evergreen, NC 28438

Wayne County FSA
PO Box 799
Goldsboro, NC 27533

Triple "J" Farms
1860 Christmas Treet Road
Dunn, NC 28334

Wade Stanaland
4045 Baldenboro Road
Bladenboro, NC 28320

Wayne County Tax Collector
PO Box 580478
Charlotte, NC 28258

Triple T Parts
PO Box 1449
Wilmington, NC 28402

Walinga USA Incorporated
1190 Electric Avenue
Wayland, MI 49348

Wayne Rouse
3545 Willie Measley Road
La Grange, NC 28551

Unifirst Corporation
800 South John Street
Goldsboro, NC 27530

Walter Gillespie Jr.
2130 Mercer Mill Road/Brown M Road
Elizabethtown, NC 28337

Wayne Singleton
25 E 650 W
West Lafayette, IN 47906

UPS
PO Box 7247-0244
Philadelphia, PA 19170

Ward Family Farms LLC
c/o Donald R Ward II
622 Batten Sasser Road
Whiteville, NC 28472

Wellman Oil Company
818 Warsaw Road
PO Box 780 (28329)
Clinton, NC 28328

US Postal Service
CMRS-TMS (Acct #118705)
PO Box 7247-0217
Philadelphia, PA 19170

Ward Whitfield
2101 Sparre Drive
Kinston, NC 28504

Wells Frago Financial Lea
Remitt Dept Mac F4031-050
800 Walnut Street
Des Moines, IA 50309

Valley Proteins Inc.
PO Box 643381
Cincinnati, OH 45264

Warren Manufacturing Inc.
900 38th St. North
Birmingham, AL 35222

Wesley & Teresa Herring
497 Five Bridge Road
Clinton, NC 28328

Wesley Herring Nursery
497 Five Bridge Road
Clinton, NC 28328

William Lanier
543 Cedar Church Lane Road
Beulaville, NC 28518

Your Country Connection Ford
213 Southeast Boulevard
Clinton, NC 28328

Wesley Sutton
1823 Hardy Bridge Road
La Grange, NC 28551

William Penn Coats
Penn Coats
1399 McPhail Road
Salemburg, NC 28385

Zurcher Tire Inc.
101 N. Polk Street
PO Box 187
Monroe, IN 46772

Westbrook Bros
199 Scout Road
Four Oaks, NC 27524

William Stephens
PO Box 100
Orrum, NC 28369

White Oaks Farm Inc.
604 Benton Pond Road
Fremont, NC 27830

William Sutton
580 Trade Road West
Mount Olive, NC 28365

Whitley Stephenson
2080 Wilson Mills Road
Smithfield, NC 27577

Williams Farms Inc.
2225 Old Grantham Road
Goldsboro, NC 27530

Wiggins Farms Inc.
5918 Little Wiggins Road
La Grange, NC 28551

Wingate Collier
3799 South River School Road
Wade, NC 28395

William H. Pope
Concord Farms
244 Concord School Road
Clinton, NC 28328

WL Port Land Systems Inc.
305 Mt. Lebanon Boulevard
Suite 400
Pittsburgh, PA 15234

William H. Williamson
9257 Old 74
Evergreen, NC 28438

Woody Marlowe
Brown Marsh Farms, LLC
Post Office Box 36
Clarkton, NC 28433

William Johnson
1616 Bentonville Road
Four Oaks, NC 27524

Yates Ivey
188 Ivey Road
Mount Olive, NC 28365