**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILSON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case Number: |
| | ) | |
| COHARIE HOG FARMS, INC., | ) | 09-09737-8-JRL |
| | ) | |
| Debtor in possession | ) | Chapter 11 |

**BANKRUPTCY ADMINISTRATOR'S RECOMMENDATION THAT UNSECURED CREDITORS COMMITTEE BE TERMINATED**

**NOW COMES**, the Bankruptcy Administrator, by and through her undersigned counsel, and hereby makes the following RECOMMENDATION that the Creditors Committee in the above captioned case be terminated, and in support of thereof shows the following:

1. On December 21, 2009, the Court entered an Order Appointing the Creation of a Creditors Committee in the above-captioned case.

2. The Members of the Committee have since communicated to the Bankruptcy Administrator that they no longer wish to remain members of the committee. (See Exhibit A).

3. No further creditors of the Debtor have expressed any interest in participating in the Committee.

4. Given the above, the Bankruptcy Administrator recommends that the Court terminate the Unsecured Creditors Committee in the present case.

**WHEREFORE**, the Bankruptcy Administrator, respectfully

recommends the Court terminate the Unsecured Creditors

Committee, and for any other relief the Court deems just and

equitable.

Respectfully submitted, this the 2nd day of February, 2010.

Marjorie K. Lynch
Bankruptcy Administrator

By:  /s/Brian C. Behr
     Brian C. Behr
     Staff Attorney

# **EXHIBIT A**

Unsecured creditor committee resignation
Mullane, Dennis
to:
brian_behr@nceba.uscourts.gov
01/26/2010 02:56 PM
Show Details

Dear Brian,

   Please consider this email as my official notice of resignation from the unsecured creditor committee in the Coharie Hog Farm, Inc. bankruptcy case # 09-09737-8-JRL. At this time I understand that the unsecured creditor committee is made up of two members – one of which is myself. I do not wish to pursue a reconstitution of this committee.

   Sincerely,
   Dennis M. Mullane
   Vice president
   Ajinomoto Heartland LLC
   8430 W. Bryn Mawr
   Suite 650
   Chicago, Illinois 60631-3421

2-1-2010

To: Brian Behr

From: Steve C. Grady

Fax - 919 856-4692

I request to be taken off of the Creditors Committee for Coharie Bankruptcy.

Steve Grady



# Swinging Tail Cattle Co., Inc.
9327 Old Lumberton Road
Evergreen, NC 28438
910-648-6596

Dear Brian Behr,

In reference to Coharie Hog Farm bankruptcy, having received payment in full for our claim, I no longer need to be part of the <u>committee of unsecured creditors.</u>

Thanks,

*Bernard Lennon*

Bernard Lennon, Sec./Treas.
Swinging Tail Cattle Co., Inc.
9327 Old Lumberton Rd
Evergreen, NC 28438
910-648-4636

January 22, 2010

Resignation
STATION 18
to:
brian_behr
01/25/2010 09:06 AM
Show Details

To: United States Bankruptcy Court

Attn: Bryan Behr

Sir

I no longer wish to serve on the Bankruptcy Committee in regards to Coharie Farms.

Respectfully,

Kevin N. Herndon

## CERTIFICATE OF SERVICE

I, Brian C. Behr, of 434 Fayetteville Street, Suite 620, Raleigh, North Carolina, 27601-3039, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 2nd day of February, 2010, I served copies of the foregoing electronically upon counsel of record. Additionally, copies of the foregoing were served via U.S. Mail on the following former members of the Unsecured Creditors Committee:

Dennis Mullane
Ajinomoto Heartland LLC
8430 W. Bryan Mawr
Chicago, IL 60631

Steve Grady
1434 Beautancus Rd
Mt. Olive, NC 28365

Benard Lennon
Swinging Tail Cattle Co., Inc.
9327 Old Lumberton Rd
Evergreen, NC 28438

Kevin Herndon
M.N. Herndon & Sons Farms, Inc.
7036 Fire Dept Rd
Hope Mills, NC 28348

I certify under penalty of perjury that the foregoing is true and correct.

Dated this 2nd day of February, 2010.

Marjorie K. Lynch
Bankruptcy Administrator

By: /s/Brian C. Behr
Brian C. Behr
Staff Attorney

```
Office of the Bankruptcy Administrator
Eastern District of North Carolina
Suite 620
434 Fayetteville St.
Raleigh, NC 27601
919-856-4886
```