UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**COHARIE HOG FARM, INC.,**<br><br>Debtor. | Chapter 11<br><br>Case No. 09-09737-8-JRL |

NOTICE OF (I) EFFECTIVE DATE OF FIRST AMENDED PLAN
OF REORGANIZATION OF COHARIE HOG FARM, INC.;
(II) DEADLINE FOR FILING REQUESTS FOR PAYMENT
OF ADMINISTRATIVE EXPENSE CLAIMS; AND (III) DEADLINE
FOR FILING PROOFS OF CLAIM FOR REJECTION DAMAGES
ARISING FROM THE DEBTOR'S REJECTION OF EXECUTORY
CONTRACTS OR UNEXPIRED LEASES UNDER THE PLAN

PLEASE TAKE NOTICE:

1.      **Entry of Confirmation Order.**    On November 2, 2010, the United States Bankruptcy Court for the Eastern District of North Carolina (the " Bankruptcy Court") entered an Order Confirming Plan of Reorganization (the "Confirmation Order") confirming the First Amended Plan of Reorganization of Coharie Hog Farm, Inc. Proposed by Coharie Hog Farm, Inc., dated September 10, 2010 (Docket Entry No. 829) (the "Plan").

2.      **Effective Date.**    The Debtor hereby gives notice that the Effective Date of the Plan is **November 12, 2010.**[1]

3.      **Administrative Expense Bar Date.** In accordance with Section 2.5 of the Plan, all parties seeking payment of an Administrative Expense Claim must file with the Bankruptcy Court and serve on counsel for the Debtor and the Office of the Bankruptcy Administrator a Request for Payment of such Administrative Expense Claim so as to be received on or before 4:00 p.m. (Eastern Time) on the date that is the first business day **thirty (30) days after the Effective Date**, **December 13, 2010,** unless otherwise agreed to by the Debtor, without further approval by the Bankruptcy Court.  Parties seeking payment of post-petition ordinary course trade obligations, post-petition payroll obligations incurred in the ordinary course of the Debtor's post-petition business and amounts arising under agreements approved by the Bankruptcy Court or the Plan need not file such a Request.  Electronic or facsimile transmission of a Request for Payment of Administrative Expense Claim will NOT satisfy service requirements.  Late service shall be grounds for disallowance upon objection.

---

[1] Capitalized terms used, but not otherwise defined, herein shall have the meaning ascribed to such terms in the Plan or the Confirmation Order.

~#4810-4708-5320 v.1 ~

**FAILURE TO COMPLY WITH THIS DEADLINE SHALL FOREVER BAR THE HOLDER OF AN ADMINISTRATIVE CLAIM FROM SEEKING ALLOWANCE AND PAYMENT THEREOF.  ANY HOLDER OF AN ADMINISTRATIVE CLAIM THAT DOES NOT ASSERT SUCH CLAIM SHALL HAVE ITS CLAIM DEEMED DISALLOWED UNDER THE PLAN AND BE FOREVER BARRED FROM ASSERTING SUCH CLAIM AGAINST THE DEBTOR, THE ESTATE OR ITS ASSETS.  ANY SUCH CLAIM AND THE HOLDER THEREOF SHALL BE ENJOINED FROM COMMENCING OR CONTINUING ANY ACTION, EMPLOYMENT OR PROCESS OR ACT TO COLLECT, OFFSET, RECOUP OR RECOVER SUCH CLAIM.**

4. **Bar Date for Rejection Damages for Rejected Executory Contracts and Unexpired Leases.**  In accordance with Section 7.2 of the Plan, parties to Executory Contracts and Unexpired Leases **that have been rejected by Confirmation of the Plan** and who timely assert a claim for damages by reason of such rejection shall become Class 4 – General Unsecured Claims and shall treated in the same manner as other holders of Class 4 claims under the Plan.  All parties asserting a rejection damages claim must file with the Bankruptcy Court and serve on counsel for the Debtor and the Office of the Bankruptcy Administrator a Rejection Damages Proof of Claim so as to be received on or before 4:00 p.m. (Eastern Time) on the date that is the first business day **thirty (30) days after the Effective Date**, **December 13, 2010.**  Electronic or facsimile transmission of a Rejection Damages Proof of Claim will NOT satisfy service requirements.  Late service shall be grounds for disallowance upon objection.  The Rejection Damages Proof of Claim shall be substantially similar to the Plan Rejection Claim Form attached hereto as Exhibit A.

**FAILURE TO COMPLY WITH THIS DEADLINE SHALL FOREVER BAR THE HOLDER OF A REJECTION DAMAGES CLAIM FROM SEEKING ALLOWANCE AND PAYMENT THEREOF.  ANY HOLDER OF A REJECTIONS DAMAGES CLAIM THAT DOES NOT ASSERT SUCH CLAIM SHALL HAVE ITS CLAIM DEEMED DISALLOWED UNDER THE PLAN AND BE FOREVER BARRED FROM ASSERTING SUCH CLAIM AGAINST THE DEBTOR, THE ESTATE OR ITS ASSETS.  ANY SUCH CLAIM AND THE HOLDER THEREOF SHALL BE ENJOINED FROM COMMENCING OR CONTINUING ANY ACTION, EMPLOYMENT OR PROCESS OR ACT TO COLLECT, OFFSET, RECOUP OR RECOVER SUCH CLAIM.**

5. **Court's Mailing Address.**  The Court address to file All Requests for Payment of Administrative Claims and Rejection Damages Claims is:

> Clerk's Office
> United States Bankruptcy Court
>  for the Eastern District of North Carolina
> 1760-A Parkwood Blvd.
> Wilson, North Carolina 27893-3564

~#4810-4708-5320 v.1~

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

6. **Office of the Bankruptcy Administrator and Debtor's Counsel Mailing Addresses.** The addresses of the Office of the Bankruptcy Administrator and counsel for the Debtor to receive copies of all Requests for Payment of Administrative Claims and Rejection Damages Claims is:

> *Bankruptcy Administrator:*
> Bankruptcy Administrator's Office
> Marjorie Lynch
> Bankruptcy Administrator
> P.O. Box 3758
> Wilson, NC 27895
>
> -and-
>
> *Debtor's Attorneys:*
> Terri L. Gardner, Esquire
> Joseph M. Lischwe, Esquire
> Nelson Mullins Riley & Scarborough LLP
> GlenLake One, 2nd Floor
> 4140 Parklake Avenue
> Raleigh, NC 27612

7. **Reservation of Rights.** The Debtor and all other parties in interest reserves the right to object to the allowance and treatment of any claims filed in response to the deadlines described in this notice. The deadlines are directed to the specific claims described herein.

8. **Copies of Plan and/or Confirmation Order**. Copies of the Plan and Confirmation Order have been previously served on all creditors. Any party desiring a copy of the Plan or the Confirmation Order may make a written request for a copy to the undersigned attorneys for the Debtor.

3

Dated: November 9, 2010.

          Respectfully submitted,

          **NELSON MULLINS RILEY & SCARBOROUGH LLP**

By:   /s/ Joseph M. Lischwe
       Terri L. Gardner
       N.C. State Bar No. 9809
       Joseph M. Lischwe
       N.C. State Bar No. 13308
       Post Office Box 30519
       Raleigh, NC 27622-0519
       Telephone: (919) 329-3000
       Facsimile: (919) 877-3799
       Email Addresses:
       terri.gardner@nelsonmullins.com
       joe.lischwe@nelsonmullins.com

       ***Attorneys for Coharie Hog Farms, Inc.***
       ***Debtor and Debtor-in-Possession***

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing **NOTICE OF (I) EFFECTIVE DATE OF FIRST AMENDED PLAN OF REORGANIZATION OF COHARIE HOG FARM, INC.; (II) DEADLINE FOR FILING REQUESTS FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS; AND (III) DEADLINE FOR FILING PROOFS OF CLAIM FOR REJECTION DAMAGES ARISING FROM THE DEBTOR'S REJECTION OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES UNDER THE PLAN** was filed with the Court and was therefore served electronically on those entities that have properly registered for such electronic service and by depositing a copy thereof in the United States mail, postage prepaid, addressed to the parties below.

A.W. Wood (Allen)
2360 William R King Road
Newton Grove, NC 28366

ADM Animal Health & Nutrition
c/o Archer Daniels Midland Co.
P.O. Box 1470
Decatur, IL 62526

Adm. Animal Health & Nutrition
102007, 68 Annex
Atlanta, GA 30368

Advantage Auto Store
P.O. Box 14328
Rochester, NY 14614

AG Provision LLC
c/o G. Thompson
277 Faison W. McGowen Rd.
Kenansville, NC 28349

Agri Stats Inc.
P.O. Box 11264
Fort Wayne, IN 46856

Ajinomoto Heartland LLC
c/o Dennis Mullane
8430 W. Bryn Mawr, Suite 650
Chicago, IL 60631

Ajinomoto Heartland LLC
c/o R. Krammer, Masuda Funai Effert
203 North LaSalle Street, Suite 250
Chicago, IL 60601

Aldridge's Pest Control
PO Box 26
La Grange, NC 28551

Anne Faircloth
Coharie Hog Farm, Inc.
300 Westover Road
Clinton, NC 28328

5

~#4810-4708-5320 v.1 ~

Arsenault Associates
6 Terri Lane, Suite 700
Burlington, NJ 08016

Ashland Inc.
PO Box 116735
Atlanta, GA 30368

Ashland Water Tech/Div of Ashland
    Collection Dept.
P.O. Box 2219
Columbus, OH 43216

Assurant Employee Benefits
PO Box 809003
Kansas City, MO 64180

Atlantic Power Solutions
2287 Bonlee Bennett Road
Siler City, NC 27344

Attic Mini Storage (The)
PO Box 397
Clinton, NC 28329

Aurora Industrial Supplies
P.O. Box 278
Aurora, NC 27806

Ayden Diesel, Inc.
3890 Jolly Road
P.O. Box 636
Ayden, NC 28513

B.J. Moore
2360 William R. King Road
Newton Grove, NC 28366

Balchem Animal Nutrition & Health
P.O. Box 41
1267 N. Fourth Street
Breese, IL 62230

Balchem Animal Nutrition & Health
P.O. Box 600
52 Sunrise Park Road
New Hampton, NY 10958

Balchem Corporation
Matthew Houston, Esq./Gen. Counsel
52 Sunrise Park Road
New Hampton, NY 10958

Barnes Motor Parts
P.O. Box 1207
Wilson, NC 27893

Benjamin C. Ivey, Jr.
Branch Banking & Trust Company
115 N. 3rd Street
Wilmington, NC 28401

Beta Raven
36852 Treasury Center
Chicago, IL 60694

Bob Rose
827 Selah Church Road
Goldsboro, NC 27530

Bob Smith
P.O. Box 66
Seven Springs, NC 28578

Boykin Heavy Duty Parts
1500 Ralston Street
Wilson, NC 27893

Brad Gurley Farms
2708 US Highway 13 N
Goldsboro, NC 27534

Branch Banking and Trust Company
c/o Robert H. Pryor, McGuire Woods
201 N. Tryon, Suite 3000
Charlotte, NC 28202

6

~#4810-4708-5320 v.1 ~

Brian Joyner
633 Loop Road
Goldsboro, NC 27530

Buffalo Investment Co.
702 Westover Road
Clinton, NC 28329

Bunge North America (East LLC)
c/o Thompson Coburn LLP/D. Farrell
One US Bank Plaza, Suite 2600
Saint Louis, MO 63101

Bunge North America (East)
c/o Connie Brown
Post Office Box 789300
Saint Louis, MO 63179

Cannady Bros Well Driller
1366 Bass Lake Road
Roseboro, NC 28382

Cape Fear Consulting, LLC
508 Silver Lake Drive
Warsaw, NC 28398

Cape Fear Propane
1106 W. Broad Street
P.O. Box 250
Elizabethtown, NC 28337

Cargill Inc.
c/o Paul D. Calahan
8700 Indian Creek Parkway, #250
Overland Park, KS 66210

Cargill Incorporated
c/o Adam Thompson
P.O. Box 198323
Atlanta, GA 30384

Carolina Armature Works
806 Ramsey Street
P.O. Box 13
Fayetteville, NC 28302

Carquest of Clinton
1524 Hobbton Hwy
Clinton, NC 28328

Carquest of Mun-Dunkirk Indiana #9189
106 N Franklin
Dunkirk, IN 47336

Charlotte Scale Company
1510 Ameron Drive
Charlotte, NC 28206

Cintas Corp. #716 (Indiana)
P.O. Box 630803
Cincinnati, OH 45263

Cintas Corporation
512 W. Russell Street
Fayetteville, NC 28301

Clinton Truck & Tractor
107 N. East Boulevard
Clinton, NC 28328

Clinton Urgent Care
1004 Beamon Street
Clinton, NC 28328

Coastal Bearings & Conveyors
3240-B Hwy 421 North
Wilmington, NC 28401

Coastal Hose & Rubber Inc.
P.O. Box 30233
Charlotte, NC 28230

Coharie Hog Farm
300 Westover Rd.
Clinton, NC 28328

7

Coleco Office System
P.O. Box 4409
Greenville, NC 27836

Cooper Kenworth Inc.
P.O. Box 1396
Durham, NC 27702

Criminal Record Check
PO Box 90996
Raleigh, NC 27675

D.M. Faircloth
813 Beaman Street
Clinton, NC 28328

DACA 2010L, LP
Re: Big Blue Store Claim
1565 Hotel Circle South
Suite 310
San Diego, CA 92108

DACA 2010L, LP
Re: Interstate Battery-Coastal Pla Claim
1565 Hotel Circle South
Suite 310
San Diego, CA 92108

DACA 2010L, LP
Re: N & C Haupert Farm Inc. Claim
1565 Hotel Circle South
Suite 310
San Diego, CA 92108

DACA 2010L, LP
Re: Suttontown Repair Service Claim
1565 Hotel Circle South
Suite 310
San Diego, CA 92108

DACA 2010L, LP
Re: Terry Long Electrical Service Claim
1565 Hotel Circle South
Suite 310
San Diego, CA 92108

Dads, Inc.
3846 N. Salemburg Hwy.
Salemburg, NC 28385

Dennis Rippe, CRO
c/o Bradken, Inc.
12200 NW Ambassador Drive
Suite 647
Kansas City, MO 64163

Dennis Rippe, CRO
Coharie Hog Farm, Inc.
604 White Oak Lane
Gladstone, MO 64116

Don Killingworth
14500 Bensen
Overland Park, KS 66221

Donald Lewis
1611 Hobbton Hwy.
Clinton, NC 28328

Donald Stokes
5134 Waycross Road
Tarawa Terrace, NC 28543

Douglas Whaley
210 Jeff Outlaw Road
Mount Olive, NC 28365

Dr. Dale Henderson
1452 S. 1000 W
Farmland, IN 47340

DTN Corporation
P.O. Box 3546
Omaha, NE 68103

~#4810-4708-5320 v.1~

Duesway Inc.  
574 Doner Road  
Celina, OH 45822-9716

Duesway Inc.  
7636 State Route 49  
Celina, OH 45822

Eastern Minerals, Inc.  
Attention:  K. Williams, Risk Mgr.  
P.O. Box 1310  
Bainbridge, GA 39818

Employers Direct Heath  
5050 Spring Valley Rd.  
Dallas, TX 75244

Farm Plan (QF)/(SSC)  
ACC# 1238007829  
P.O. Box 4450  
Carol Stream, IL 60197

Fleet Services  
P.O. Box 6293  
Carol Stream, IL 60197

Fleetpride  
P.O. Box 281811  
Atlanta, GA 30384

Friendly Mart Inc.  
P.O. Box 1019  
Mount Olive, NC 28365

Frost PLLC  
425 West Capital Avenue  
Suite 3300  
Little Rock, AR 72201

George Horton  
2484 E. State Rd. 18  
Montpelier, IN 47359

Go Cheverolet:  Buick  
1615 Sunset Avenue  
P.O. Box 230  
Clinton, NC 28329

Grady S. Welding, Inc.  
2032 Drummersville Road  
Seven Springs, NC 28578

Gray & Co.  
481 Parkstown Road  
La Grange, NC 28551

Greens Fork Alignment & Service  
2441 Centerville Road  
North  Centerville, IN 47330

Greg Pittman  
Pittman Welding  
1070 Gregory Fork Road  
Richlands, NC 28574

Griffin Industries Inc.  
P.O. Box 530401  
Atlanta, GA 30353

Harrell Trucking, Inc.  
673 South NC 11 Highway  
Magnolia, NC 28453

Harris-Crane Inc.  
13325 South Ridge Drive  
Charlotte, NC 28273

Harry Ambrose  
135 Hunting Cove  
Williamsburg, VA 2318

Hasler Financial Services  
Post Office Box 45850  
San Francisco, CA 94145

9

~#4810-4708-5320 v.1 ~

H-C Ingredient Distributors LLC
13325 South Ridge Drive
Charlotte, NC 28273

Hilltop Garage
2180 Southeast Boulevard
Clinton, NC 28328

Hireright Solutions Inc.
23883 Network Place
Chicago, IL 60673

Hi-Tech Enterprises, Inc.
Post Office Box 466
Clinton, NC 28329

Hog Slat Inc.
P.O. Box 60558
Charlotte, NC 28260

HSBC Bank Nevada, N.A.
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712

Indiana Kitchen
P.O. Box 318
Hwy 421 S CR 100N
Delphi, IN 46923

Internal Revenue Service
320 Federal Place, Room 335
Greensboro, NC 27401

Internal Revenue Service
Attn: Managing Agent
550 Main Street, Suite 1000
Cincinnati, OH 45202

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

International Ingredient
4035 Solutions Center #774035
Chicago, IL 60677

Interstar Communications
PO Box 1088
Clinton, NC 28328

J & J Wholesale Dist.
416 Vance Street
Clinton, NC 28328

J A Distributors Inc.
P.O. Box 689
Princeton, NC 27569

Jackson Electrical Supply
211 Southeast Boulevard
Clinton, NC 28328

Jackson Farming Co.
3171 Ernest Williams Road
Autryville, NC 28318

Jason L. Hendren, Esquire
Hendren & Malone, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612

Jeff W. Courter
Nyemaster Goode, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309-3899

Jerome R. Eatman, Esquire
Lynch & Eatman, LLP
Post Office Box 30515
Raleigh, NC 27622

Jesus Fernandez
P.O. Box 229
Warsaw, NC 28393

10

John Berry
Berry Enterprises
P.O. Box 206
Kenansville, NC 28349

John C. Bircher, III, Esquire
Attorney for Griffin Industries, Inc.
White & Allen, P.A.
P.O. Drawer U
New Bern, NC 28563

John Deere Agri Services
24416 Network Place
Chicago, IL 60673

Johnnie Sheppard Equip.
PO Box 122
Pink Hill, NC 28572

Johnson Breeders, Inc.
Post Office Box 298
Rose Hill, NC 28458

Johnson Oil Co.
P.O. Box 336
Gaston, IN 47342

Justin Jackson
1480 Alex Benton Road
Newton Grove, NC 28366

Kathy Garner
164 Kea Lane
Clinton, NC 28328

Kings Fire & Safety Eqpt
1423 Porter Road
Roseboro, NC 28382

L & E Services LLC
P.O. Box 516
Castle Hayne, NC 28429

L.B. Byrd
1731 Benson Street
Dunn, NC 28335

L.B. Byrd
2360 William R. King Road
Newton Grove, NC 28366-8162

Lansing Trade Group, LLC
15314 Collections Center
Chicago, IL 60693

Larry S Pressure Washing
15314 Collections Center
Chicago, IL 60693

Ledwell & Son Enterprises
P.O. Box 1106
Texarkana, TX 75504

Lowes
P.O. Box 530954
Atlanta, GA 30353

M & W Trailers Inc.
P.O. Box 519
525 E. Main Street
Ottoville, OH 45876

Maintenance Connect Inc.
P.O. Box 1033
Portland, ME 04104

Mar-Cel Co. Inc.
P.O. Box 92
Clinton, NC 28329

Margaret Westbrook, Esquire
K&L Gates LLP
4350 Lassiter at North Hills Avenue
Suite 300
Raleigh, NC 27609

11

~#4810-4708-5320 v.1~

| | |
|---|---|
| Marjorie Lynch<br>U.S. Bankruptcy Administrator<br>P.O. Box 3758<br>Wilson, NC 27895-3758 | Maxwell Milling of Indiana, Inc.<br>C. Bernardino, Kilpatrick Stockton<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309-4528 |
| Maxwell Milling of Indiana, Inc.<br>c/o Goldsboro Milling Co.<br>Attn: Tom Howell<br>P.O. Box 10009<br>Goldsboro, NC 27532 | MHM Resources LLC<br>P.O. Box 870725<br>Kansas City, MO 64187 |
| Michael R. Jackson<br>Cape Fear Farm Credit<br>Post Office Box 2405<br>Fayetteville, NC 28302 | Miller Control & Manufacture<br>P.O. Box 1065<br>Clinton, NC 28329 |
| Nathan Stafford<br>842 Godwin Lake Road<br>Benson, NC 27504 | National Grain & Feed Association<br>1250 Eye Street<br>Washington, DC 20005 |
| Neogen Corporation<br>1603 Paysphere Circle<br>Chicago, IL 60674 | Newport Laboratories<br>1520 Prairie Drive<br>PO Box 938<br>Worthington, MN 56187 |
| Newsham Choice Genetics<br>c/o James Flood<br>5058 Grand Ridge Drive, Suite #200<br>West Des Moines, IA 50265 | Nitta Gelatin USA Inc.<br>P.O. Box 4250<br>Utica, NY 13504 |
| North Carolina Dept. of Revenue<br>Attn: Managing Agent<br>501 N. Wilmington Street<br>Raleigh, NC 27601 | Novus International<br>3526 Paysphere Circle<br>Chicago, IL 60674 |
| Novus International, Inc.<br>Dave Marsh, Credit Manager<br>20 Research Park Drive<br>Saint Charles, MO 63304 | OCS<br>Post Office Box 9<br>Deep Run, NC 28525 |
| Omega Protein Inc.<br>2105 City West Boulevard<br>Suite 500<br>Houston, TX 77042 | Omega Protein<br>P.O. Box 202723<br>Dallas, TX 75320-2723 |

12

~#4810-4708-5320 v.1~

Oscar's Exterminating
P.O. Box 2252
Clinton, NC 28329

P & S Farm Repair
Jamey Faircloth
485 Welcome School Road
Autryville, NC 28318

Palm Tree Auto Glass & Repair
201 Ferrell Street
Clinton, NC 28328

Parker Gas Co. – Newton Grove
214 McLamb Road
P.O. Box 159
Newton Grove, NC 28366-0159

Parker Gas Co. – Smithfield
1308 S. Brightleaf Boulevard
Smithfield, NC 27577

Parker Gas Co. Inc.
Attn: Gwen
1504 Sunset Avenue
Clinton, NC 28328

PCS Sales Inc.
P.O. Box 71029
Chicago, IL 60694

Piedmont Communications Co Inc.
P.O. Box 15117
Durham, NC 17704

Piedmont Truck Tires
P.O. Box 18228
Greensboro, NC 27419

Piggly Wiggly #09
332 Northeast Boulevard
Clinton, NC 38328

Pigknows LLC
1024 8th Street
Greeley, CO 80631

Power Components Corporation
1936 West Main Street
Fort Wayne, IN 46808

Power Train
P.O. Box 42729
Indianapolis, IN 46242

Primeshares
Attn: RVS
261 Fifth Avenue, 22nd Floor
New York, NY 10016

Progress Energy Carolinas
Raleigh, NC 27698

QC Supply
PO Box 581
North Hwy 15
Schuyler, NE 68661

Qualified Retirement Plan
P.O. Box 99163
Raleigh, NC 27624

Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101

Quinn S. Supermarket & Trustworthy Hardware
1311 N. NC Hwy 41
Pink Hill, NC 28572

R.B. Moore
2360 William R. King Road
Newton Grove, NC 28366-8162

13

~#4810-4708-5320 v.1 ~

R.B. Moore  
898 William Britt Road  
Benson, NC  27504  

Randy Riggs  
1116 Lees Chapel Road  
Pollocksville, NC  28573  

Reliable Office Supply  
263 Shuman Blvd.  
Naperville, IL  60563  

Roberts Machine & Supply  
Hwy 55 West @ 117 By-Pass  
P.O. Box 618  
Mount Olive, NC  28365  

Rodney Williams  
3563 South 903 Highway  
Rose Hill, NC  28458  

Rollins Animal Diagnostic Lab  
NCDA & Consumer Services  
1031 Mail Service Center  
Raleigh, NC  27699  

Rumpke Consolidated Companies  
PO Box 538708  
Cincinnati, OH  45253  

S & W Swine Farms, LLC  
c/o Whitley Stephenson  
2080 Wilsons Mills Rd.  
Smithfield, NC 27577  

Sampson – Bladen Oil Co.  
PO Box 469  
Clinton, NC  28329  

Rainman Irrigation Inc.  
PO Box 1137  
Mount Olive, NC  28365  

Reliable Corporation  
1590 1st Avenue  
Ottawa, IL  61350  

Richard A. Eason  
Cape Fear Farm Credit  
Post Office Box 2405  
Fayetteville, NC 28302  

Robinson & Son Machine  
446 Faison Hwy  
Clinton, NC  28328  

Roger Lee  
294 Pinkney Road  
Fremont, NC  27830  

Royce Gray  
481 Parkstown Road  
La Grange, NC  28551  

Rumpke of Indiana LLC  
10795 Hughes Road  
Cincinnati, OH  45253  

Safety-Kleen Corp.  
PO Box 382066  
Pittsburgh, PA  15250  

Sampson Building Supply, Inc.  
407 Vance Street  
PO Box 526  
Clinton, NC  28328  

14

~#4810-4708-5320 v.1~

| | |
|---|---|
| Sampson Farmers Hardware<br>1325 Lisbon Street<br>Clinton, NC  28328 | Saul Ewing, LLP<br>Jeffrey C. Hampton, Esq.<br>Melissa W. Rand, Esquire<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102 |
| Scott & Jones Inc.<br>PO Box 307<br>Calypso, NC  28325 | SHW Sow Farm, LLC<br>c/o Whitley Stephenson<br>2080 Wilsons Mills Rd.<br>Smithfield, NC 27577 |
| Singletary Porta –John<br>P.O. Box 782<br>Bladenboro, NC  28320 | Southern Elevator Company<br>Post Office Box 36006<br>Greensboro, NC 27416 |
| Southpaw Koufax, LLC<br>Re: Diversified Ingredients, Inc. Claim<br>2 West Greenwich Office Park, 1st Floor<br>Greenwich, CT  06831 | Southpaw Koufax, LLC<br>Re: WL Port-Land Systems, Inc. Claim<br>2 West Greenwich Office Park, 1st Floor<br>Greenwich, CT  06831 |
| Stanley Sutton<br>1832 Sutton Shortcut Rd.<br>La Grange, NC 28551 | Staples Credit Plan<br>Dept. 82-0005457932<br>P.O. Box 9020<br>Des Moines, IA  50368 |
| Stone Truck Parts<br>1329 Management Way<br>Garner, NC  27529 | Stoney Creek Vet Services<br>1452 S. 1000 W<br>Farmland, IN  47340 |
| Stoops-Anderson Freightliner<br>P.O. Box 633838<br>Cincinnati, OH  45263 | Swine-Health Care, Inc.<br>4015 N. Mexico Road<br>P.O. Box 376 Mexico, IN  46958 |
| Taylor-Made Solutions<br>6311 Terra Verde Drive<br>Apt. 105<br>Raleigh, NC  27609 | Taylor-Made Solutions<br>649 O'Berry Road<br>Dudley, NC  28333 |
| TBL Laboratory<br>P.O. Box 589<br>Lumberton, NC  28359 | Terry and Sherry Finnerty<br>Finnerty Farms<br>10347 W SR 26<br>Dunkirk, IN  47336 |

15

~#4810-4708-5320 v.1~

| | |
|---|---|
| The Lundy Packing Company<br>424 Railroad Street<br>P.O. Box 49<br>Clinton, NC 28329 | Thomas & Horne Oil Company<br>PO Box 326<br>Beulaville, NC  28518 |
| Tidewater Energy<br>P.O. Box 1454<br>Goldsboro, NC  27533 | Tires Inc.<br>317 S East Boulevard<br>Clinton, NC  28328 |
| Triple T Part and Equipment Co.<br>P.O. Box 2064<br>Wilmington, NC  28402 | Triple T Parts<br>P.O. Box 1449<br>Wilmington, NC  28402 |
| Tyson Breeders, Inc.<br>2210 W. Oaklawn Drive<br>Springdale, AR 72762 | Unifirst Corporation<br>800 South John Street<br>Goldsboro, NC  27530 |
| UPS<br>PO Box 7247-0244<br>Philadelphia, PA  19170 | Valley Proteins, Inc.<br>PO Box 643381<br>Cincinnati, OH  45264 |
| W.L. Barefoot Farms<br>842 Godwin Lake Rd.<br>Benson, NC  27504 | Walinga USA Incorporated<br>1190 Electric Ave.<br>Wayland, MI  49348 |
| Ward Whitfield<br>2101 Sparre Drive<br>Kinston, NC  28504 | Warren Manufacturing Inc.<br>900 38th St. North<br>Birmingham, AL  35222 |
| Waste Industries<br>4621 Marracco Drive<br>Hope Mills, NC  28348 | Waste Industries<br>P.O. Box 580027<br>Charlotte, NC  28258 |
| Waste Management<br>Post Office Box 105430<br>Atlanta, GA 30348 | Wayne Singleton<br>25 E. 650 North<br>West Lafayette, IN  47906 |
| Wellman Oil Company<br>818 Warsaw Road<br>PO Box 780 (28329)<br>Clinton, NC  28328 | William M. Wade<br>5246 Eason Road<br>La Grange, NC  28551 |

| | |
|---|---|
| William Penn Coats<br>Penn Coats<br>1399 McPhail Road<br>Salemburg, NC 28385 | Workforce Integrity Network<br>P.O. Box 50575<br>Knoxville, TN  37950 |
| Wright Express Financial Services<br>P.O. Box 639<br>Portland, ME  04103 | Your Country Connection Ford<br>213 Southeast Boulevard<br>Clinton, NC  28328 |
| Zurcher Tire Inc.<br>101 N. Polk Street<br>PO Box 187<br>Monroe, IN  46772 | |

      This 9th day of November, 2010.

                                              /s/ Joseph M. Lischwe<br>                                              Joseph M. Lischwe

~#4810-4708-5320 v.1 ~

# EXHIBIT A

~#4810-4708-5320 v.1~

18

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA | PROOF OF CLAIM |
|---|---|
| Name of Debtor:  IN RE: COHARIE HOG FARM, INC.  (PLAN REJECTION CLAIM) | Case Number: 09-09737-8-JRL |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number**: _____
 *(If known)*

Telephone number:

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**    $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
  (See instruction #2 on reverse side.)

**3. Last four digits of any number of which creditor identifies debtor:** _____

  **3a. Debtor may have scheduled account as:** _____
     (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
  Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

  **Nature of property or right of setoff**:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
  **Describe:**

  **Value of Property: $_____    Annual Interest Rate ___%**

  **Amount of arrearage and other charges as of time case filed included in secured claim,**

  **if any: $_____   Basis for perfection: _____**

  **Amount of Secured Claim: $_____   Amount Unsecured: $_____**

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**6. Credits**: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents**: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: | **Signature**: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B 10 (Official Form 10) (04/10) – Cont.

**INSTRUCTIONS FOR PROOF OF CLAIM FORM**
*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*
**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely secured. (See DEFINITIONS below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgement that when calculating the amount of the claim, the creditor gave the debtor credit of any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

Creditor
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101(10)

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by the debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____INFORMATION_____

**Acknowledgement of Filing of Claim**
To receive acknowledgement of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court of the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.